HAWLEY H. VAN SWALL, Appellant, v. BURNS LYMAN SMITH and Another, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SWAN GARAGE, INC., Respondent, v. POST OFFICE GARAGE, INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. GEORGE B. PALMER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ALICE O. BANTEL and Another, as Administrators, etc., Respondents, v. INDIANAPOLIS ABATTOIR COMPANY, Appellant — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE W. WILSON, Appellant, v. PULVER COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of CHARLES CARY, Appellant, for an Order of Peremptory Mandamus against FRANK X. SCHWAB and Others, as Mayor and Councilmen of the City of Buffalo, Composing the Council of Said City, Respondents.— Order affirmed, with costs, on the opinion of Pierce, J., delivered at the Special Term. [Reported in 123 Misc. Rep. 536.] All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Probate of the Will of HENRY F. MANSFIELD, Deceased.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE M. DUNLOP and Others, Respondents, v. SWEET BROTHERS PAPER MANUFACTURING COMPANY, INC., and Others, Appellants.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LAURA GRANELLI, an Infant, etc., Appellant, v. S. S. KRESGE COMPANY, Respondent.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

BENJAMIN F. GERKS and Others, Appellants, v. PECK & PRATT, INC., Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ARTHUR M. STAPPENBECK, Respondent, v. JOHN C. FULMER and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MABEL WILLIAMS, an Infant, etc., Respondent, v. DISTRICT No. 1, TOWN OF EATON, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs, upon the ground that there is no question in the record which can be reviewed by the Court of Appeals. Present — Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of EDITH E. ARMITAGE for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF AUBURN.— Motion for leave to appeal to Court of Appeals granted. Present — Clark, Davis, Sears and Crouch, JJ.